UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIT AUGBORNE, III, | Case No. 2:21-cv-01851-RFB-VCF |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN WILLIAMS, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Court ordered the petitioner, Brit Augborne, III, to either pay the $5 filing fee or file a complete application to proceed in forma pauperis, by January 17, 2022. See Order entered November 18, 2021 (ECF No. 6). Augborne has not complied with that order. The Court will, *sua sponte*, extend to 30 days from the date of this order the time for Augborne to pay the filing fee or file an in forma pauperis application. If Augborne does not comply with this order within the time allowed, this action will be dismissed.

**IT IS THEREFORE ORDERED** that Petitioner will have 30 days from the date of this order to either pay the $5 filing fee for this action or file in this action a complete application to proceed in forma pauperis. It Petitioner fails to do so within the time allowed, this action will be dismissed.

DATED THIS 20 day of January, 2022.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE