UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brit Augborne, III,<br><br>                        Petitioner,<br><br>   v.<br><br>Warden Williams, *et al.*,<br><br>                      Respondents. | Case No. 2:21-cv-01851-CDS-VCF<br><br>ORDER |

In this habeas corpus action, the pro se petitioner, Brit Augborne, III, filed an application to proceed *in forma pauperis* on February 9, 2022. (ECF No. 10). In view of the information provided in the *in forma pauperis* application, the Court finds that Augborne is able to pay the $5.00 filing fee for this action pursuant to Local Rule LSR 1-3(a).

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 10) is **DENIED**. Petitioner will have 30 days from the date of this order to pay the filing fee ($5.00), by sending payment to the Clerk of the Court, with some indication that the payment is for the filing fee in this case, Case No. 2:21-cv-01851-CDS-VCF. Failure to comply with this order will result in dismissal of this action.

DATED this 20th day of May, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE